[No. 11639. Department One. September 16, 1914.]

O. S. SAMPSON *et al., Appellants,* v. THE CITY OF LEAVENWORTH *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Chelan county, Grimshaw, J., entered April 10, 1913, upon findings in favor of the defendants, confirming an assessment roll for a local improvement, tried to the court. Affirmed.

*Charles S. Albert, Thomas Balmer,* and *E. H. Fox,* for appellants.
*L. J. Nelson* and *Wm. H. Pratt,* for respondents.

PER CURIAM.—The questions presented in this case are the same as those in the recent case of *Great Northern R. Co. v. Leavenworth, ante* p. 511, 142 Pac. 1155. Upon the authority of that case, the judgment will be affirmed.

[1]Reported in 142 Pac. 1155.